JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. OLIVAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 14-1159-KK<br><br>JUDGMENT |

    Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this action is REMANDED for further proceedings consistent with the Court's Memorandum and Order filed contemporaneously with the filing of this Judgment.

Dated: February 9, 2015

_____
Hon. Kenly Kiya Kato
United States Magistrate Judge